JS - 6   LINK: 4

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-09524 GAF (JEMx) | Date | January 19, 2012 |
|---|---|---|---|
| Title | Deutsche Bank National Trust Company v. Kamar Bitar et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**       **(In Chambers)**

## ORDER REMANDING CASE

On July 22, 2011, Plaintiff Deutsche Bank National Trust Company filed an unlawful detainer action against Defendants Kamar Bitar and Chad Atkinson in Los Angeles Superior Court.  (Docket No. 1, Not., Ex. A [Compl.].)  Plaintiff alleges that it purchased the subject property in Canoga Park, California on May 5, 2011 at a trustee's sale, but that Defendants have refused to quit the premises.  (Id. ¶¶ 1–7.)  On November 16, 2011, Defendants removed the case to this Court, alleging that the Court had subject matter jurisdiction under 28 U.S.C. § 1331.  (Not. at 2–3.)

On December 16, 2011, this Court issued an Order to Show Cause ordering Defendants to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction.  (Docket No. 4, 12/16/11 Order.)  The Court's order directed Defendant to file his response by no later than December 30, 2011, and advised that a failure to file a timely response would be deemed consent to an order remanding the case to state court.  (Id. at 3.)

To date, Defendants have not filed a response to the Court's Order to Show Cause.  The Court therefore **REMANDS** this case to state court for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**